240

## 23265. McMichen *v.* The State.

Guerry, J. In repeated rulings of this court, presence at a still in actual operation, and flight therefrom on approach of officers, has been held sufficient to sustain a conviction of manufacturing whisky. The explanation of such presence is a question for the jury. The court therefore did not err in overruling the motion for a new trial.

 *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED JULY 21, 1933.

*W. L. Denton,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.